# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

CYNTHIA R. LITTLE                                                      PLAINTIFF

v.                          Case No. 2:17-CV-2142

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                             DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 15th day of October, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE